# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0916. LINDA JEAN BALDRIDGE BOWLING et al. v. BOBBY JOE TAYLOR.

After Billy Wayne Baldridge died, his siblings Linda Jean Baldridge Bowling, Marvalene Lapp, and Ralph Baldridge ("Petitioners") contested his will in Monroe County Probate Court. The probate court found in favor of the decedent's stepson, Bobby Joe Taylor, and the Petitioners filed a petition for review to superior court. The superior court affirmed the decision of the probate court. The Petitioners then filed a notice of appeal to this Court. We lack jurisdiction.

Appeals from decisions of the superior courts reviewing decisions of lower courts must come by discretionary application. See OCGA § 5-6-35 (a) (1).[1] Accordingly, the Petitioners were required to file an application for discretionary appeal in this Court. See OCGA § 5-6-35 (a) (1).

---

[1] OCGA § 5-6-35 (a) (1) does "not apply to decisions of . . . probate courts" in "[counties] having a population of more than 90,000 persons according to the United States decennial census of 2010 or any future such census[.]" OCGA § 15-9-120 (2). As of the 2020 census, Monroe County had a population of 27,957.

Because they failed to do so, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__02/28/2025_____*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*